ALVIS VANDERGRIF, Respondent, v. M. E. SWEENEY
*et al.*, Appellants.

### St. Louis Court of Appeals, March 1, 1898.

Jurisdiction, Appellate: ACTION INVOLVING TITLE TO REAL ESTATE. An action in equity to set aside a deed of trust to land on the alleged grounds that the conveyance was obtained by fraud and that the debt had been fully paid involves the title to real estate.

*Appeal from the Lawrence Circuit Court.*—HON. JOHN C. LAMSON, Judge.

TRANSFERRED TO SUPREME COURT.

BIGGS, J.—The object of this suit is to set aside a deed of trust to lands for the alleged reasons that the deed was fraudulently obtained and that the debt had been fully paid. Such a suit involves title to land (*Overton v. Overton*, 131 Mo. 559), which deprives us of jurisdiction. The cause will be transferred to the supreme court for final determination. All concur.